MIED (Rev. 9/11) Clerk's Entry of Judgment by Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan Urgent & Primary Care Physicians, P.C.

|  |  |
|---|---|
| Plaintiff(s), | Case No.  20-cv-10296 |
| v. | Honorable  Stephen J. Murphy, III |
| R3 Stem Cell, LLC |  |
| Defendant(s). |  |

/

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendant R3 Stem Cell, LLC                    , and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant R3 Stem Cell, LLC                    , in the amount of $         1990.00         plus interest.

DAVID J. WEAVER, CLERK OF COURT
United States District Court

By: s/ S. Krause
        Deputy Clerk

Dated:  July 20, 2020